UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**ROBERT J. PASTOR,**

      **Plaintiff,**

vs.                                          Case No. 8:11-cv-1764-T-27TGW

**MICHAEL J. ASTRUE,**
**Commissioner of Social Security,**

      **Defendant.**
_____/

## ORDER

**BEFORE THE COURT** is the Report and Recommendation (Dkt. 19) submitted by the Magistrate Judge recommending that the decision of the Commissioner of Social Security be reversed and the matter remanded for further proceedings. Neither party filed written objections to the Report and Recommendation, and the time for doing so has expired.

After careful consideration of the Report and Recommendation of the Magistrate Judge in conjunction with an independent examination of the file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects. Accordingly, it is therefore,

**ORDERED AND ADJUDGED:**

(1)    The Report and Recommendation (Dkt. 19) of the Magistrate Judge is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

(2) The decision of the Commissioner is **REVERSED** and this matter **REMANDED** for further proceedings consistent with the Report and Recommendation.

(3) The clerk is directed to enter final judgment in favor of Plaintiff pursuant to 42 U.S.C. § 405(g) and *Newsome v. Shalala*, 8 F.3d 775 (11th Cir. 1993).

(4) All pending motions, if any, are **DENIED** as moot.

(5) The Clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** in chambers this 21st day of May, 2012.

JAMES D. WHITTEMORE
United States District Judge

Copies to:
Counsel of record